KRUG ET AL., RESPONDENTS, *v.* CITY OF GLENDIVE, APPELLANTS.

(No. 4,804.)

(Submitted April 11, 1921.   Decided May 6, 1921.)

[197 Pac. 1005.]

(For syllabus, see *Aiken et al.* v. *City of Glendive et al., ante,* p. 1.)

*Appeal from District Court, Dawson County; C. C. Hurley, Judge.*

ACTION by Charles Krug and another against the City of Glendive and its council, to enjoin defendants from creating a certain special improvement district. From a judgment for plaintiffs, defendants appeal. Reversed.

*Mr. N. M. Coursolle,* for Appellants, submitted a brief and argued the cause orally.

No appearance in behalf of Respondents.

MR. JUSTICE COOPER delivered the opinion of the court.

This action was instituted to enjoin the authorities of the city of Glendive from creating Special Improvement Paving District No. 2. The proceedings had by the city council, the disposition made of the cause by the district court, and the contentions urged by counsel are in all particulars like those passed upon in cause No. 4,803 (*Aiken* v. *City of Glendive, ante,* p. 1). Upon the authority of that case, the judgment of the district court is reversed and the cause remanded, with directions to reinstate the action.

*Reversed and remanded.*

MR. CHIEF JUSTICE BRANTLY and ASSOCIATE JUSTICES REYNOLDS, HOLLOWAY and GALEN concur.